IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ELDORA B. EVANS,

    Plaintiff,

v.

JOY B. HENDRIX,

    Defendant.

CV 616-030

**O R D E R**

Presently before the Court is Plaintiff's Status Report. (Doc. 16.) Because Plaintiff requests that this Court dismiss this case, the Court will construe Plaintiff's filing as a request for court ordered dismissal under Federal Rule of Civil Procedure 41(a)(2). Because Plaintiff contends the parties have settled and Defendant has no objections to dismissing the case, and because Defendant has filed no objections to dismissing the case, the Court **DISMISSES** this case **WITH PREJUDICE**. The Clerk shall **CLOSE** this case and **TERMINATE** all deadlines.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of April, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA